# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-01290-FMC-JWJx | Date | February 24, 2009 |
|---|---|---|---|
| Title | Oryana Halfon v. HSBC Bank USA N.A. et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER   (In Chambers)

This matter is before the Court on pro se Plaintiff's Complaint, filed on February 24, 2009, which includes a request for a temporary restraining order and preliminary and permanent injunctive relief.

It appears from the allegations in Plaintiff's Complaint that all the Defendants named in this action are corporations. The Proof of Service filed by Plaintiff indicates that, on February 23, 2009, the Summons and Complaint were mailed to business addresses for Defendants in Orlando, Florida; Phoenix, Arizona; Pasadena, California; and Santa Ana, California.

When serving a corporation, Federal Rule of Civil Procedure 4(h) requires either compliance with Rule 4(e)(1) (service in accordance with the laws of the State of California)[1] or personal delivery on an "agent authorized by appointment or by law to receive service of process . . . . and–if the agent is one authorized by statute and the statute so requires–by also mailing a copy of each to the defendant." Fed. R. Civ. P. 4(h)(1).

Plaintiff should have either arranged for someone to:  (1) personally deliver the summons and complaint to the persons designated as agents for service of process for Defendants; or (2) mailed the summons, complaint, two copies of a notice and acknowledgment form, and a postage-paid, self-addressed

---

[1] Under California law, a corporation can be can be served by delivering copies of the summons and complaint to: (a) "[t]o the person designated as agent for service of process . . . "; (b) "[t]o the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process"; or (c) [i]f the corporation is a bank, to a cashier or assistant cashier or to a person specified in subdivision (a) or (b)." Cal. C. Civ. P. § 416.10.  California law also provides for service on nonrsident businesses by certified or registered mail, with return-receipt requested.  Cal. C. Civ. P. § 415.40 ("A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing.").

   In addition to being available at law libraries, the California rules for service of process may be found online by going to http://www.leginfo.ca.gov/calaw.html and searching the Code of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-01290-FMC-JWJx | Date | February 24, 2009 |
|---|---|---|---|
| Title | Oryana Halfon v. HSBC Bank USA N.A. et al | | |

stamped envelope to the out-of-state entities. [2] This Court cannot assert jurisdiction over Defendants unless or until they are properly served. Accordingly, the Court denies the request, embodied in the Complaint, for the issuance of a Temporary Restraining Order.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

---

[2] *See* Cal. Code Civ. P. § 415.30. If Plaintiff chooses this method of service, two copies of Local Form CV 21, "Notice and Acknowledgment of Receipt of Summons and Complaint" should be completed and included. This form is available at www.cacd.uscourts.gov (click on "Forms," then click on "Civil Forms"). Defendants so served can then send one copy of the form back to Plaintiff in the prepaid envelope.